IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| In the Matter of:<br>Marsha M Hughes<br>4409 Hadden Pond Road<br>Avera, GA 30803 | ) Chapter 13<br>)<br>) Case No: 19-10591-SDB<br>)<br>) |

## APPROVAL OF APPLICATION TO MODIFY MORTGAGE

Pursuant to General Order No. 2010-2 Permitting the Chapter 13 Trustee to Approve Real Estate Loan Modification and the Incurring of Debt, the application of the aforementioned Debtor to obtain a loan modification from First State Bank, having been considered, such application is hereby APPROVED in the amount not to exceed the principal balance of $35,789.00 with approximate monthly payments of $528.00 for 63 months and one (1) balloon payment of $24,974.19 thereafter. Debtor shall receive no proceeds from the loan modification of the described property.

The Debtor must provide a copy of a statement from the mortgagee to this office as evidence that the transaction was finalized.

This approval expires ninety (90) days from this date.

This 30th day of November 2020.

_____
Huon Le, Chapter 13 Trustee
Post Office Box 2127
Augusta, GA 30903-2127
(706) 724-1039

cc: Wills Law Firm LLC
    Attorney At Law
    P O Box 1620
    Thomson, GA 30824

    First State Bank
    P O Box 555
    Wrens, GA 30833